**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

_____

No. 97-3181

_____

Kenneth S. Benigni,                            *
                                               *
          Appellant,                           *
                                               * Appeal from the United States
     v.                                        * District Court for the
                                               * District of Minnesota.
United States of America,                      *
                                               *      [UNPUBLISHED]
          Appellee.                            *

_____

Submitted:  April 7, 1998
     Filed:   April 10, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

     Kenneth S. Benigni brought a complaint under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671-80. He alleged the United States Postal Service (USPS) failed to investigate a death threat he received in the mail; intentionally withheld his mail from home delivery on numerous occasions, requiring him to retrieve the mail from the post office; and never delivered to him certain weekly newspapers. The district court[1] dismissed most of the complaint with prejudice, but dismissed the intentional-withholding-of-mail claim without prejudice. Benigni appeals.

---

[1]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota.

As the district court noted, Benigni's failure-to-investigate claim was barred by the "discretionary function" exception to the FTCA, <u>see</u> 28 U.S.C. § 2680(a), and his loss-of-mail claim was barred by the postal exception to the FTCA, <u>see</u> 28 U.S.C. § 2680(b).  Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.